## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**KERRY JENNIFER SCROGGINS,**

    Plaintiff,

v.                                                              Civil Action No. 3:24-cv-00367-MHL

**TRANS UNION, LLC,**

    Defendant.

### NOTICE OF SETTLEMENT

Plaintiff Kerry Jennifer Scroggins ("Plaintiff"), by counsel, hereby notifies the Court that she has reached a settlement in principle that resolves her individual claims against Defendant Trans Union, LLC ("Defendant").

Plaintiff is diligently working with Defendant to finalize their settlement agreement. Upon its execution, Plaintiff and Defendant will promptly file the proper form of dismissal.

Dated: December 13, 2024                    Respectfully submitted:

**VANESSA MUNIZ GERENA**

By: */s/ Drew D. Sarrett*
Drew D. Sarrett (VSB No. 81658)
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 905-9900
Fax: (757) 930-3662
Email: drew@clalegal.com

Leonard A. Bennett (VSB No. 37523)
Craig Marchiando (VSB No. 89736)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Boulevard, 1-A
Newport News, Virginia 23601
Phone: (757) 930-3660
Fax: (757) 930-3662

Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff*