**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**KERRY JENNIFER SCROGGINS,**
*on behalf of herself and all individuals*
*similarly situated*,

       **Plaintiff,**

**v.**                                     **Civil Action No. 3:24-cv-367-MHL**

**TRANS UNION, LLC**

       **Defendant.**

## CONSENT MOTION FOR ENTRY OF DISMISSAL ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Kerry Jennifer Scroggins

and Defendant Trans Union, LLC, hereby move the Court for the entry of the attached Dismissal

Order.

Dated: January 15, 2025                       Respectfully submitted,

                                         **KERRY JENNIFER SCROGGINS**

                                       By:      */s/ Drew D. Sarrett*
                                         Drew D. Sarrett, VSB # 81658
                                         **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                         626 East Broad Street, Suite 300
                                         Richmond, VA 23219
                                         Telephone: (804) 905-9900
                                         Fax: (804) 905-9902
                                         Email:  drew@clalegal.com

                                         Leonard A. Bennett, Esq., VSB #37523
                                         Craig C. Marchiando, Esq., VSB #89736
                                         **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                       763 J. Clyde Morris Blvd., Ste. 1-A
                                       Newport News, VA  23601
                                       Telephone: (757) 930-3660
                                       Facsimile: (757) 930-3662
                                       Email:  lenbennett@clalegal.com
                                       Email:  craig@clalegal.com

*Counsel for Plaintiff*


**TRANS UNION, LLC**

By:_____*/s/ Samantha Southall*_____
Gerald E. Burns, Esq. (*pro hac vice)*
Samantha Southall, Esq. (*pro hac vice)*
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Fax: (215) 665 8760
Email: gerald.burns@bipc.com
samantha.southall@bipc.com

Karima Tawfik Thompson, Esq.
VSB No. 96541
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
Email: karima.tawfik@bipc.com

*Counsel for Defendant*

- 2 -