UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KERRY JENNIFER SCROGGINS,
*on behalf of herself and all individuals
similarly situated,*

        Plaintiff,

v.                                 Civil Action No. 3:24-cv-367-MHL

TRANS UNION, LLC

        Defendant.

## ORDER OF DISMISSAL

WHEREAS Plaintiff Kerry Jennifer Scroggins ("Plaintiff"), by counsel, has alleged in a Class Action Complaint that Defendant Trans Union, LLC ("Defendant") (together, the "Parties"), failed to meet certain legal requirements of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"), in this Action;

WHEREAS Defendant denies having violated any legal requirements of the FCRA;

WHEREAS, the Parties have reached a settlement of Plaintiff's claims in this Action;

WHEREAS, the Parties have not settled any putative class claims, and no absent putative class member is releasing any claims against Defendant;

THEREFORE, by agreement of the Parties and for other good cause, the Court ORDERS:

This matter is dismissed with prejudice as to the Plaintiff, without an award of fees or costs to any party, and dismissed without prejudice as to the putative class, without an award of fees or costs to any party.

Dated: __1/21/25__

SO ORDERED

_____
Hon. M. Hannah Lauck
U.S. District Court Judge